UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN C. EDWARDS, | ) | ED CV 12-01672-SH |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

    IT IS HEREBY ADJUDGED that the above captioned matter is reversed and remanded for further proceedings pursuant to Sentence 4 of 42 U.S.C. §405(g).

DATED: June 25, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE